No. 01–5689. WILLIAMS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–5692. NICHOLS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–5695. JIMENEZ *v.* TEXAS (three judgments). Ct. App. Tex., 10th Dist. Certiorari denied.

No. 01–5696. KENNEDY, AKA KORNEGAY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 01–5699. PAALAN *v.* ENGLAND, SECRETARY OF THE NAVY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–5703. AIKEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5704. AUGOSTO CABRERA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5705. IFEAGWU *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–5706. CHEVALIER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–5707. CARDENAS-VALDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5708. JAMES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5710. BAILEY *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–5713. SANCHEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5714. HAMPTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5715. GERRITSEN *v.* PONTESSO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5721. SNYDER *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.